Appeal No.   2022AP1215

Cir. Ct. No.  2021GN120

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT IV

---

IN THE MATTER OF THE CONDITION OF R. S.:

J. C.,

    PETITIONER-RESPONDENT,

v.

R. S.,

    RESPONDENT-APPELLANT.

FILED

Feb. 16, 2023

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Rhonda L. Lanford
Circuit Court Judge
Electronic Notice

Carlo Esqueda
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Joseph W. Kryshak
Electronic Notice

Megan Elizabeth Lyneis
Electronic Notice

Randi L. Othrow
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to footnote 3 and to paragraph 24 in the above-captioned opinion which was released on February 16, 2023. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.